■ LAURENCE SOVIK, Individually and Doing Business as 300 SALINA Co., Appellant, v DAWN M. HOGAN et al., Respondents. (Appeal No. 1.) [608 NYS2d 136] —Appeal unanimously dismissed without costs *(see, Matter of Kolasz v Levitt,* 63 AD2d 777, 779). (Appeal from Order of Supreme Court, Onondaga County, Mordue, J.—Dismiss Complaint.) Present—Pine, J. P., Balio, Doerr and Boehm, JJ.